IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| MARTIN ESCARZAGA, | ) | |
| Plaintiff, | ) ) | CASE NO. 4:19-cv-00081-SMR-SBJ |
| vs. | ) ) ) | **RULE 15(a)(1) AMENDMENT** |
| ADVANCE STORES COMPANY, INCORPORATED, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to Federal Rule of Civil Procedure 15(a)(1), Plaintiff Martin Escarzaga hereby files the accompanying First Amended Complaint within twenty-one (21) days of the filing of a Motion under Federal Rule of Civil Procedure 12(b) and prior to the filing of a responsive pleading by Defendant.

MARTIN ESCARZAGA, Plaintiff

PEGLOW, O'HARE & SEE, P.L.C.

By: /s/ *Paul C. Peglow*
     Paul C. Peglow
     118 East Main Street
     Marshalltown, Iowa 50158
     (641) 752-8800; FAX (641) 752-8095
     pcpeglow@peglowlaw.com

Attorneys for Plaintiff